MANOCRAFT CLOTHES, INC., Appellant, *v.* SIMON GITTELMACHER, Respondent.

Submitted May 17, 1948; decided June 4, 1948.

*Jacob W. Friedman* for motion.
*Ira A. Greene* opposed.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Court of Appeals are filed.